No. 65960.—Massey-Ferguson, Inc. *v.* United States, protest 59/2551 (Milwaukee).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 65961.—Ferreteria Fleming, Inc. *v.* United States, protest 60/2361 (San Juan).

Opinion by LAWRENCE, J.   An examination of the record disclosed that the protest was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), and the motion to dismiss was granted.

BEFORE THE SECOND DIVISION, AUGUST 15, 1961

No. 65962.—J. M. Altieri *v.* United States, protest 59/4359 (San Juan).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65963.—John A. Steer Company *v.* United States, protests 60/4835 and 60/7326 (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the merchandise consists of general purpose electric motors and that said motors do not constitute entireties with other items on the invoices, the claim of the plaintiff was sustained.